UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MARVIN ANTONIO CORONADO-RODRIGUEZ,<br><br>            Defendant. | Case No. 2:22-cr-00231-ART-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Marvin Antonio Coronado-Rodriguez contained in the Indictment in case number 2:22-cr-00231-ART-NJK.

  Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Marvin Antonio Coronado-Rodriguez contained in the Indictment in case number 2:22-cr-00231-ART-NJK.

DATED this 3rd day of February, 2023.

                    _____
                    HONORABLE ANNE R. TRAUM
                    UNITED STATES DISTRICT JUDGE